UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DKSJ, LLC,

                Plaintiff,

      v.

JOSEPH S. COHEN,

                Defendant.

No. 25-CV-1080 (RA)

ORDER AND NOTICE
OF INITIAL CONFERENCE

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. No later than February 21, 2025, Defendant shall advise the Court as to whether it agrees with Plaintiff that the Court lacks subject matter jurisdiction and, if so, whether he has any objection to the Court dismissing this action *sue sponte*. Alternatively, if Defendant disagrees with Plaintiff's position on subject matter jurisdiction, he shall file a letter by the same date setting forth the basis for his position.

    Plaintiff is ordered to serve Defendant with a copy of this order by February 14, 2025, and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:    February 10, 2025
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge